**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DAVEDE DAVILLIER**                                                         **CIVIL ACTION**

**VERSUS**                                                                          **NO.  12-1704**

**ROBERT TANNER, WARDEN**                                              **SECTION "E"(2)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the

Report and Recommendation of the United States Magistrate Judge, and the failure of any

party to file an objection to the Magistrate Judge's Report and Recommendation, hereby

approves the Report and Recommendation of the United States Magistrate Judge and

adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Davede Davillier for issuance of a writ of

habeas corpus under 28 U.S.C. § 2254 is hereby **DENIED and DISMISSED WITH**

**PREJUDICE.**

New Orleans, Louisiana, this _____12th_____ day of _____June_____, 2013.

_____
UNITED STATES DISTRICT JUDGE